UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALRELIO EVANS #367619,

    Plaintiff,

v.

R. FRIAS, et al.,

    Defendants.
_____/

Hon. Paul L. Maloney

Case No. 1:20-cv-803

**CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER**

Alrelio Evans has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Application to proceed without prepayment of fees and affidavit – ECF No. 6

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Alrelio Evans files a signature page (attached) within 21 days of the date of this order.

IT IS SO ORDERED

Date:  August 31, 2020
pjw

    /s/ Ray Kent
RAY KENT
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALRELIO EVANS #367619,

    Plaintiff,

v.

R. FRIAS, et al.,

    Defendants.

_____/

Hon. Paul L. Maloney

Case No. 1:20-cv-803

**SIGNATURE PAGE FOR:**

Application to proceed without prepayment of fees and affidavit – ECF No. 6

    The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.