UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ALRELIO EVANS,

        Plaintiff,        Case No. 1:20-cv-803

v.                              Honorable Paul L. Maloney

R. FRIAS et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action against Defendants Frias, Wixson, Schneider, Miller, Dunigan, King, Reid, Finnerty, Southwick, Lemke, Pratt, Sanders, Jensen, Warren, Evans, Nixon, Gren, Washington, and Unknown Party is **DISMISSED WITHOUT PREJUDICE**, pursuant to Rule 21 of the Federal Rules of Civil Procedure, because the claims against them are not properly joined in this action.

**IT IS FURTHER ORDERED** that Plaintiff's complaint against remaining Defendants DeMayer and Verschure is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   October 23, 2020                    /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                     United States District Judge